PROB 12B
(7/93)

Report Date: July 23, 2007

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 30 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Delmar Edmond Marsengill       Case Number: 2:02CR00044-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 10/4/2002             Type of Supervision:

Original Offense: Unlawfully Manufacturing Over   Date Supervision Commenced: 07/20/2007
100 Marijuana Plants., 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 70 Months; TSR - 48   Date Supervision Expires: 07/19/2011
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
      directed by the supervising probation officer, but no more than six tests per month, in order to confirm
      continued abstinence from these substances.

### CAUSE

Pursuant to Ninth Circuit case law, United States v Stephens, the above request for modification of the offender's conditions of supervision is being requested with his consent.

Respectfully submitted,

by _____

Richard B. Law
U.S. Probation Officer
Date: July 23, 2007

Prob 12B
**Re: Marsengill, Delmar Edmond
July 23, 2007
Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

7/30/07
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

15    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____  Signed: _____
U.S. Probation Officer                    Delmar Edmond Marsengill
                                          Probationer or Supervised Releasee

July 23, 2007
Date